## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**ANDREA STEEN,**

    **Plaintiff,**

**v.**                                                    **CASE NO. 1:05-cv-00065-MP-AK**

**JO ANNE B BARNHART,**

    **Defendant.**

_____/

### O R D E R

This matter is before the Court on Plaintiff's Motion for Extension of Time to File

memorandum of law in opposition to commissioner's decision.  (Doc. 10).  Having

considered said motion, the Court is of the opinion that it should be GRANTED, and

Plaintiff shall have through September 19, 2005, to file her memorandum.

    **DONE AND ORDERED** this **_29th_** day of August, 2005

       s/ A. KORNBLUM

       **ALLAN KORNBLUM**
       **UNITED STATES MAGISTRATE JUDGE**