# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ANDREA STEEN,**

    Plaintiff,

v.                                                 **CASE NO. 1:05-cv-00065-MP-AK**

**JO ANNE B BARNHART,**

    Defendant.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Extend Time <I>to file Memorandum. (Doc. 12). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through October 14, 2005.

**DONE AND ORDERED** this __23rd__ day of September, 2005

                s/ A. KORNBLUM
              **ALLAN KORNBLUM**
              **UNITED STATES MAGISTRATE JUDGE**